# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK RENAE CARTER,<br><br>Petitioner,<br><br>v.<br><br>RONALD RACKLEY, Warden,<br><br>Respondent. | No. 2:16-cv-0013 WBS DB P<br><br><br><br>ORDER |

Respondent has requested an extension of time to file a reply to petitioner's opposition to the pending motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's request for an extension of time (ECF No. 21) is granted; and

2. Respondent shall file a reply on or before September 21, 2017; and

3. The Clerk of Court is directed to term respondent's motion to dismiss (ECF No. 9) pending further court order.

Dated: September 13, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/DLB7;
DB/Inbox/Routine/cart0013.111

1